1  VILLARREAL HUTNER PC
   RACHEL PUSEY, ESQ., Cal. Bar No. 224880
2  E-Mail: rpusey@vhattorneys.com
   LAUREN M. COOPER, ESQ., Cal. Bar No. 254580
3  E-Mail: lcooper@vhattorneys.com
   575 Market Street, Suite 1700
4  San Francisco, California 94105
   Telephone: 415.543.4200
5  Facsimile: 415.512.7674

6  Attorneys for Defendant
   FLYWHEEL NETWORKS, INC.
7

8  LAW OFFICE OF ALEXANDER JOHNSON
   ALEXANDER S. JOHNSON, ESQ., Cal. Bar No. 296942
9  E-Mail: alex@alexanderjohnsonlaw.com
   635 Bryant Street, #3
10 Palo Alto, CA 94301
   Telephone: 650.665.0651
11 Facsimile: 650.618.0427

12 Attorneys for Plaintiff
   Yana Zelkind
13

14
15                      UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17

18 YANA ZELKIND,                          | Case No. 3:15-CV-03375
                Plaintiff,
19                                        | **STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DATES**
        v.
20
21 FLYWHEEL NETWORKS, INC., and DOES 1 to 20, inclusive.
                                          | Action Filed:    May 21, 2015
22              Defendants.               | FAC Filed:       June 11, 2015
                                          | Removal Filed:   July 22, 2015
23
24
25
26
27
28

21010170
                                          1

STIPULATION

Plaintiff Yana Zelkind ("Plaintiff") and Defendant Flywheel Networks, Inc. ("Defendant") (collectively, "the Parties") stipulate as follows:

1. The Parties' Joint Case Management Statement is currently due October 6, 2015 and the Initial Case Management Conference is set for October 13, 2015.  However, Defendant's Motion to Compel Arbitration and Dismiss Plaintiff's Complaint, or, in the Alternative, Stay Proceedings, is set to be heard on October 7, 2015.  Given that the Court's ruling may impact the necessity for the Parties to prepare a joint statement as the case may be ordered to mandatory arbitration, the Parties hereby stipulate to briefly continue the conference until after the Court rules on Defendant's motion.

2. Therefore, the Parties stipulate to a brief continuance of the Case Management Conference to October 27, 2015, or a date thereafter that is convenient for the court.

IT IS SO STIPULATED.

DATED: October 1, 2015                               LAW OFFICES OF ALEXANDER JOHNSON


                                                     By     */s/ Alexander Johnson*
                                                            ALEXANDER JOHNSON
                                                            Attorney for Plaintiff
                                                            YANA ZELKIND


DATED: October 1, 2015                               VILLARREAL HUTNER PC


                                                     By     */s/ Rachel Pusey*
                                                            RACHEL PUSEY
                                                            LAUREN M. COOPER
                                                            Attorneys for Defendant
                                                            FLYWHEEL NETWORKS, INC.

1 ORDER

2  Based upon the foregoing stipulation and for good cause appearing thereon,

3  IT IS SO ORDERED that the Case Management Conference shall be continued to

4 November 3, 2015, at 2:00 p.m.  The Joint Case Management Conference Statement shall be due

5 October 27, 2015.

8 DATED:  October 5, 2015                              _____

9                                                                                   WILLIAM H. ORRICK
                                                                                    UNITED STATES DISTRICT JUDGE